F. #2014R01073

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                                      Docket. No. 14-CR-450 (RRM)

ANGEL GALAN,

               Defendant.

– – – – – – – – – – – – – – – – – –X

THE GOVERNMENT'S EXHIBIT LIST

                                      KELLY T. CURRIE
                                      ACTING UNITED STATES ATTORNEY
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

AMEET B. KABRAWALA
HIRAL D. MEHTA
Assistant U.S. Attorneys
     (Of Counsel)

| GX | Description | Identified | Admitted |
|---|---|---|---|
| 1A | Gun | | |
| 1B | Magazine | | |
| 1C | Ammunition | | |
| 1D | Ammunition (test fired) | | |
| 1E | Ammunition | | |
| 1F | Photograph | | |
| 1G | Photograph | | |
| 2 | Map | | |
| 3 | Photograph | | |
| 4 | Photograph | | |
| 5 | Photograph | | |
| 6 | Photograph | | |
| 7 | Photograph | | |
| 8 | Photograph | | |
| 9 | NYPD Property Clerks Invoice No. 30000383182 | | |
| 9A | Request for Laboratory Examination Report | | |
| 9B | Vouchered Firearm | | |
| 9C | Vouchered Ammunition | | |
| 9D | NYPD Laboratory Report | | |
| 10 | NYPD Property Clerks Invoice No. 30000383183 | | |
| 10A | Request for Laboratory Examination Report | | |
| 10B | Vouchered Controlled Substances Photograph | | |
| 10C | Vouchered Controlled Substances Photograph | | |
| 10D | Marijuana Field Test Report | | |
| 11 | OCME Data | | |
| 12 | Photograph | | |
| 13 | Photograph | | |
| 13A | Photograph | | |

| GX | Description | Identified | Admitted |
|---|---|---|---|
| 14 | Photograph | | |
| 15 | Photograph | | |
| 16 | Photograph | | |
| 17 | Photograph | | |
| 18 | Photograph | | |
| 19 | Photograph | | |
| 20 | Photograph | | |
| 21 | Photograph | | |
| 22 | Photograph | | |
| 23 | Photograph | | |
| 24 | Stipulation | | |
| 25 | Stipulation | | |
| 26 | Photograph | | |
| 27 | Photograph | | |
| 28 | Photograph | | |
| 29 | Photograph | | |
| 30 | Photograph | | |
| 31 | Photograph | | |
| 32 | Photograph | | |